UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JAMES BASTIAN,

           Plaintiff,                        Case No. 1:13cv666

v.                                                Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on September 16, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 16, 2014, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that the decision of the Commissioner is **VACATED** and this matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

                                                            /s/Robert J. Jonker
                                                            ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE

Dated: October 3, 2014